UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 3:19-cv-30116-MGM

| | |
|---|---|
| ZADE JENKINS, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CITY OF EASTHAMPTON, | ) |
| EASTHAMPTON PUBLIC SCHOOLS, | ) |
| KEVIN BURKE, RICK J. ROGALSKI, | ) |
| NANCY FOLLANSBEE and | ) |
| ROBERT J. ALBERTI, | ) |
|     Defendants. | ) |

**L.R. 16.1 JOINT STATEMENT OF THE PARTIES AND
PROPOSED DISCOVERY AND PRETRIAL SCHEDULE**

The parties, having conferred through their counsel, submit the following Joint Statement in accordance with Federal Rules of Civil Procedure 16, Local Rule 16.1(d) and the Court's February 19, 2020 Notice of Scheduling Conference.

**Timetable for Discovery and Motion Practice**

I. **Initial Disclosures:** Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by May 1, 2020.

II. **Amendments to Pleadings:** Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after June 1, 2020.

III. **Fact Discovery - Interim Deadlines**

    a. All written discovery must be served by June 15, 2020.

    b. Completion of non-expert discovery, including service of and responses to all written discovery (including requests for admissions) and non-expert depositions by November 30, 2020.

**IV.** **Case Management Conference**:  A case management conference should take place on December 10, 2020, or for a date set by the court.

**V.** **Expert Discovery**

    a. Disclosure

        i. Plaintiff's designation of trial expert(s) and disclosure of information required by Fed. R. Civ. P. 26(a)(2) no later than January 4, 2021.

        ii. Defendant's designation of trial expert(s) and disclosure of information required by Fed. R. Civ. P. 26(a)(2) no later than February 1, 2021.

    b. Depositions

        i. Completion of plaintiff's expert depositions shall be concluded by February 1, 2021.

        ii. Completion of defendant's expert depositions shall be concluded by March 1, 2021.

**VI.** **Dispositive Motions**

        i. Dispositive motion(s) shall be filed by March 12, 2021.

        ii. Opposition(s) to dispositive motion(s) shall be filed by April 9, 2021.

        iii. Reply(s) to Opposition(s) to dispositive motion(s), if any, shall be filed by April 30, 2021.

**VII.** **Discovery Motions**

    *a.* The parties agree that discovery disputes and requests for guidance, which cannot be resolved after a reasonable effort to confer and reach a resolution has been made by the parties involved, shall be first submitted to the Court in letter form.  If the Court cannot resolve the matter without formal briefing, a briefing schedule for the issue will be set.

**VIII.** **Certifications**

    a. The plaintiff has made a confidential offer of settlement, but Defendants have yet to respond to it. Pursuant to L.R. 16.1, however, the parties have discussed settlement and ADR with their respective clients.

Respectfully submitted,

| THE PLAINTIFF, | THE DEFENDANTS, |
| --- | --- |
| ZADE JENKINS | CITY OF EASTHAMPTON, EASTHAMPTON PUBLIC SCHOOLS, KEVIN BURKE, RICK J. ROGALSKI, NANCY FOLLANSBEE and ROBERT J. ALBERTI |

By  */s/ Peter T. Lane, Esq.*  
Peter T. Lane, Esq., BBO #673748  
Mae Stiles, Esq., BBO #569537  
Fierst Bloomberg OHM LLP  
64 Gothic Street, Suite 4  
Northampton, Massachusetts  01060  
Phone (413) 727-8300  
lane@fierstbloomberg.com  
stiles@fierstbloomberg.com

By  */s/ Nancy Frankel Pelletier, Esq.*  
Nancy Frankel Pelletier, Esq., BBO # 544402  
Direct Fax (413) 452-0342  
npelletier@robinsondonovan.com

By  */s/ David S. Lawless, Esq.*  
David S. Lawless, Esq., BBO # 664754  
Direct Fax (413) 452-0370  
dlawless@robinsondonovan.com  
Robinson Donovan, P.C.  
1500 Main Street, Suite 1600  
Springfield, Massachusetts  01115  
Phone (413) 732-2301

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 17th day of March 2020.

    */s/ Nancy Frankel Pelletier, Esq.*  
    Nancy Frankel Pelletier, Esq.

640075